IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY FRINK<br><br>      Plaintiff(s)<br><br>v.<br><br>NELSON HIRSCH & ASSOCIATES, INC.<br><br>      Defendant(s) | CIVIL ACTION NO.<br>1:10cv2873-TWT |

O R D E R

The above complaint was filed on September 10, 2010 and the Return of Service was filed February 11, 2011.   As of this date, this action has been pending for more than six months without any substantial proceedings of record, having been taken, IT IS THEREFORE

ORDERED that the above complaint is hereby DISMISSED without prejudice, pursuant to LR 41.3(3).

SO ORDERED, this 23rd day of August, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE